AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas
Pension Fund and Howard McDougall, trustee

CASE NUMBER: 08CV2193

V.

ASSIGNED JUDGE: **JUDGE LEFKOW**

Bob Propheter Construction L.L.C., an Illinois
limited liability company

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

Bob Propheter Construction L.L.C., an Illinois limited liability company
c/o Douglas E. Lee, Registered Agent
215 E. First Street, Suite 100
Dixon, IL 61021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony E. Napoli
Central States Law Department
9377 W. Higgins Road
Rosemont, IL 60018-4938
(847) 518-9800, Ext. 3702

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Anya Ellis*

(By) DEPUTY CLERK

April 17, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 6, 2008 |
| NAME OF SERVER (PRINT)<br>Cpl. Jared Yater | TITLE<br>Civil Process Deputy |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Administrative Assistant Alice Henkel for Registered Agent Attorney Douglas E. Lee at 215 E. First Street, Suite 100, Dixon, Illinois on May 5, 2008 at 10AM. On May 6, 2008 at 8:35AM, Registered Agent Douglas E. Lee called me and said he received this summons.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $1.00 | $20.00 | $21.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 5, 2008
                    Date

*Signature of Server*

306 S. Hennepin Ave., Dixon, IL 61021
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.