IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>BOB PROPHETER CONSTRUCTION L.L.C., an Illinois limited liability company; BOB PROPHETER AGGREGATES L.L.C., an Illinois limited liability company; BOB PROPHETER CONSTRUCTION EQUIPMENT L.L.C., an Illinois limited liability company; BOB PROPHETER CONSTRUCTION EQUIPMENT II L.L.C., an Illinois limited liability company; and BOB PROPHETER REAL ESTATE L.L.C., an Illinois limited liability company,<br><br>Defendants. | Case No. 08 CV 2193<br><br>Judge Joan Humphrey Lefkow<br><br>Magistrate Judge Geraldine Soat Brown |

## AMENDED NOTICE OF MOTION

To:   Anthony E. Napoli, Esq.
      Central States, Southeast and Southwest
        Areas Pension Fund
      9377 W. Higgins Road, 10th Floor
      Rosemont, IL 60018-4938

PLEASE TAKE NOTICE that on Tuesday, June 17, 2008, at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan Humphrey Lefkow, or any judge sitting in her stead, in Courtroom 1925 in the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, and then and there present Defendants' Motion to Dismiss, a copy of which Motion is attached hereto and hereby served upon you.

BOB PROPHETER CONSTRUCTION L.L.C., BOB PROPHETER AGGREGATES L.L.C., BOB PROPHETER CONSTRUCTION EQUIPMENT L.L.C., BOB PROPHETER CONSTRUCTION EQUIPMENT II L.L.C., BOB PROPHETER REAL ESTATE L.L.C., Defendants

By EHRMANN GEHLBACH BADGER & LEE

By _____
    Douglas E. Lee

Douglas E. Lee (ARDC No. 6207298)
Ehrmann Gehlbach Badger & Lee
Attorneys for Defendants
215 E. First St., Suite 100
P.O. Box 447
Dixon, IL 61021
(815) 288-4949
(815) 288-3068 (FAX)

## CERTIFICATE OF SERVICE

Douglas E. Lee, an attorney, hereby certifies that on June 3, 2008, a copy of the foregoing Amended Notice of Motion was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system at the e-mail addresses indicated below. Parties may access this filing through the Court's system:

Anthony E. Napoli, Esq.
tnapoli@centralstatesfunds.org
Central States, Southeast and Southwest
 Areas Pension Fund
9377 W. Higgins Road, 10th Floor
Rosemont, IL 60018-4938

_____
Douglas E. Lee