## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2193 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Central States, et al. vs. Bob Propheter Construction, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant's motion to dismiss [16] denied without prejudice as stated on the record. Plaintiff is given leave to file motion for summary judgment with supporting material by 9/23/2008; response due by 10/14/2008; reply due by 10/28/2008. Defendant shall file an answer to complaint by 9/16/2008.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | MD |
|---|---|---|